*Honorable Richard A. Jones*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MT. HOPE CHURCH, | W.D. Wash. No. C11-536-RAJ |
| Plaintiff, | W.D. Mich. No. 09-CV-427 |
| v. | |
| BASH BACK!, ET AL, | SUPPLEMENTAL DECLARATION OF DEVIN T. THERIOT-ORR |
| Defendants, | |
| IN RE SUBPOENA DUCES TECUM TO RISEUP NETWORKS, | |
| Third Party. | |

I, Devin Theriot-Orr, do declare:

1. I am the attorney representing Riseup Networks in these proceedings. I make this declaration from my personal knowledge.

2. I spent 3.9 hours researching, drafting and revising the reply in support of attorneys' fees, for a total of $1072.50, allocated as follows:

| Date | Hours | Description |
|---|---|---|
| 5/24/2011 | .25 | Review opposition to motion for attorneys' fees. |
| 5/26/2011 | .25 | Phone call from L. Hildes regarding: motion for attorneys' fees, discussion regarding: strategy and cases cited by ADF in |

SUPPLEMENTAL DECLARATION OF DEVIN T. THERIOT-ORR – 1
No. C11-536-RAJ

**GIBBS HOUSTON PAUW**
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Ph. (206) 682-1080
Fax. (206) 689-2270

| | | |
|---|---|---|
| | | response, how to distinguish those cases. |
| 5/26/2011 | 2.4 | Draft reply in support of motion for attorneys' fees (1.5); review cases cited in opposition (.2); research regarding: authority supporting award of fees(.4); review objections to specific line items and respond to same(.2); email draft to L. Hildes for comments(.1). |
| 5/27/2011 | 1.0 | Phone call from L. Hildes regarding: minor edits to response and email from L. Hildes with citations to specific portions of plaintiff's pleadings (.1); revise, review and finalize briefing for filing (.9). |

3. The following additional costs are chargeable in this matter for a total of $13.25:

- Postage for service upon 5 non-ECF registered parties for Reply: 5 pieces @ .64 = $3.20

- Photocopies for above @ .15/page = 14 pages x 5 copies = $10.05

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge.

Signed this 27th day of May, 2011 in Seattle, Washington.

                                          /s/ Devin T. Theriot-Orr
                                          Devin T. Theriot-Orr

SUPPLEMENTAL DECLARATION OF DEVIN T. THERIOT-ORR – 2
No. C11-536-RAJ

**GIBBS HOUSTON PAUW**
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Ph. (206) 682-1080
Fax. (206) 689-2270